A08A0058. SMITH et al. v. FINCH et al.
(683 SE2d 655)

JOHNSON, Presiding Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court of Georgia, *Smith v. Finch*, 285 Ga. 709 (681 SE2d 147) (2009), our decision in *Smith v. Finch*, 292 Ga. App. 333 (665 SE2d 25) (2008), is hereby vacated and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment reversed. Barnes and Phipps, JJ., concur.*

DECIDED AUGUST 14, 2009.

*David S. Bills, Benjamin L. Bagwell*, for appellants.
*McClure, Ramsay, Dickerson & Escoe, John A. Dickerson, Larry L. Hicks II, Forrester & Brim, Weymon H. Forrester*, for appellees.